UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADIS HERRERA, an individual and as successor in interest to Jose Raul Herrera; IVAN HERRERA, an individual and as successor in interest to Jose Raul Herrera; and MARLON HERRERA an individual and as successor in interest to Jose Raul Herrera,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ONTARIO, a municipality; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:15-CV-1370 JGB (SPx)<br>Hon. Jesus G. Bernal<br><br>FINAL JUDGMENT<br><br>**Trial Date: November 1, 2016** |

{DSR/00050544. }

This action came on regularly for trial on November 1, 2016 in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal, presiding. Plaintiffs, Gladis Herrera, Marlon Herrera and Ivan Herrera were represented by attorney Dale K. Galipo and Melanie T. Partow of the Law Offices of Dale K. Galipo. Defendants City of Ontario and Nick Diaz were represented by Dennis M. Cota and Daniel S. Roberts Cota Cole, LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

**QUESTION 1:**

Did Officer Diaz use excessive or unreasonable force against Jose Herrera?

_____ YES          \_\_\_\_X_____ NO

**QUESTION 2:**

Was the use of excessive or unreasonable force by Officer Diaz a cause of harm or death to Jose Herrera?

_____ YES          _____ NO

**QUESTION 3:**

What are Jose Herrera's damages for his loss of life, loss of enjoyment of life and for his pre-death pain and suffering?

        Jose Raul Herrera          _____

**QUESTION 4:**

    Was Officer Diaz negligent in his conduct towards Jose Herrera?

                    \_\_\_\_X_____ YES          _____ NO

**QUESTION 5:**

    Was the negligence of Officer Diaz a cause of Jose Herrera's death?

                    \_\_\_\_X_____ YES          _____ NO

**QUESTION 6:**

    Was Jose Herrera negligent?

                    \_\_\_\_X_____ YES          _____ NO

**QUESTION 7:**

    Was Jose Herrera's negligence a cause of his death?

                    \_\_\_\_X_____ YES          _____ NO

**QUESTION 8:**

    Assuming that 100% represents the total negligence of all individuals, what percentage of negligence do you assign to Mr. Herrera, which you believe caused Mr. Herrera's death?

                    \_\_\_\_\_55_____ %

**QUESTION 9:**

Did Ivan and/or Marlon suffer serious emotional distress as a result of perceiving the use of force against Jose Herrera?

      Marlon Herrera     ____X_____ YES     _____ NO

      Ivan Herrera     ____X_____ YES     _____ NO

**QUESTION 10:**

What are Ivan and/or Marlon Herrera's damages for past and future severe emotional distress that they suffered as a result of perceiving the death of Jose Herrera?

      Marlon Herrera     $____100,000_____

      Ivan Herrera     $____100,000_____

**QUESTION 11:**

What are Plaintiffs' damages for their past and future loss of Jose Herrera's love, companionship, comfort, care, assistance, protection, affection, society and moral support?

  A. <u>Gladis Herrera</u>

     Gladis Herrera: Past and future loss of Jose Herrera's love, companionship, comfort, care, assistance, protection, affection, society, moral support and marital consortium.     $__300,000_____

| | | |
|---|---|---|
| | Gladis Herrera's past and future loss of financial support: | $__400,000__ |
| B. | <u>Marlon Herrera</u> | |
| | Marlon Herrera's past and future loss of Jose Herrera's love, companionship, comfort, care, assistance, protection, affection, society and moral support. | $__150,000__ |
| C. | <u>Ivan Herrera</u> | |
| | Ivan Herrera's past and future loss of Jose Herrera's love, companionship, comfort, care, assistance, protection, affection, society and moral support. | $__150,000__ |

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. Judgment in the sum of $540,000 plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), plus interest on $202,500 at the rate specified provided by 28 U.S.C. § 1961, is entered against Defendant Nick Diaz and the City of Ontario in favor of Plaintiffs Gladis Herrera, Marlon Herrera and Ivan Herrera.

IT IS SO ORDERED.

Dated: June 28, 2017

Jesus G. Bernal
UNITED STATES DISTRICT JUDGE